UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(FORT LAUDERDALE DIVISION)

**CASE NO. 09-CV-61421-COHN/SELTZER**

ACCESS FOR THE DISABLED, INC.,
ROBERT COHEN, and DENISE PAYNE,

      Plaintiffs,

v.

BURGER KING CORPORATION,

      Defendant.
_____/

**AGREED MOTION REQUESTING THAT COURT APPROVE STIPULATION FOR SETTLEMENT AND ENTER FINAL ORDER OF DISMISSAL**

The parties have entered into a stipulation for settlement that fully and finally resolves all issues raised in the Complaint. The Stipulation for Settlement is attached hereto as **Exhibit A**. An affidavit of Plaintiff Robert Cohen is attached hereto as **Exhibit B**. The parties request that the Court approve the Stipulation for Settlement, and enter a final order of dismissal. A proposed final order of dismissal is attached hereto as **Exhibit C**.

WHEREFORE, the parties request that the Court enter an order approving the attached Stipulation for Settlement and finally dismissing this matter.

| | |
|---|---|
| s/ Frank Massabki | s/ Douglas Schapiro |
| Jonathan E. Perlman (FBN 773328) | Douglas S. Schapiro (FBN 54538) |
| jperlman@gjb-law.com | schapiro@k-tlaw.com |
| Frank Massabki (FBN 687901) | **Koch & Trushin, P.A.** |
| fmassabki@gjb-law.com | 110 East Broward Blvd. |
| **Genovese Joblove & Battista, P.A.** | Suite 1630 |
| 100 SE 2nd Street, Ste. 4400 | Fort Lauderdale, FL 33301 |
| Miami, Florida 33131 | Tel.: (954) 763-7600 |
| Tel.: (305) 349-2300 | Fax: (954) 763-7300 |
| Fax: (305) 349-2310 | *Attorneys for Access for the Disabled,* |
| *Attorneys for Burger King Corporation* | *Inc., Robert Cohen and Denise Cohen* |
| Dated: 11-24-09 | Dated: 11-24-09 |

2000-538/#21